UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF
IOWA CENTRAL DIVISION

| | |
|---|---|
| EDWARD STROBL III,<br><br>      Plaintiff,<br><br>v.<br><br>WERNER ENTERPRISES, INC., and<br>MARLON HARRIS<br><br>      Defendants. | CASE NO. 20-CV-382<br><br><br>DEFENDANTS' NOTICE OF<br>REMOVAL |

COME NOW the Defendants, Marlon Harris, and Werner Enterprises, Inc. ("Werner"), and hereby file this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446 and Local Rule 81 of an action filed in the District Court of Iowa, Polk County, entitled "*Edward Strobl III v. Werner Enterprises, Inc. and Marlon Harris*," now pending there as civil action No. LACL148507, and in support thereof states as follows:

1.      Plaintiff filed his petition in the Iowa District Court for Polk County on August 19, 2020. (Petition; Ex. 3). There was no sum demanded in the Pleading or sufficient description of the alleged injury indicating the amount at controversy. *See id.*

2.      Werner was served with the summons and complaint on September 22, 2020. (Return of Original Notice; Ex. 5).

3.      Marlon Harris was served with the summons and complaint on September 30, 2020. (Return of Original Notice; Ex. 4).

4.      Defendants filed their Answer, Affirmative Defenses, and Jury Demand in State Court on October 20, 2020 (Answer; Ex. 7).

5.      On November 10, 2020 the Parties filed their State Court Trial Scheduling and Discovery Plan. (Trial Scheduling and Discovery Plan; Ex. 8).

6.      On November 24, 2020, the Plaintiff served his State Court Initial Disclosures by placing them in the U.S. mail. (Notice; Ex. 9).

7.      On November 25, 2020 Defendants received an electronic copy of Plaintiff's State Court Initial Disclosures after agreeing to electronic service.

8.      On November 25, 2020 Defendants served their Initial Disclosures to the Plaintiff. (Notice; Ex. 10).

9.      No other pleadings or orders have been entered in the pending State Court action. Trial has not been set. A copy of this Notice of Removal will be promptly provided to Plaintiff via counsel's email address. Copies will also be provided to any/all other adverse parties, and filed with the clerk of the state court.

10.     Plaintiff's petition seeks recovery against Werner and Marlon Harris regarding an incident occurring on December 11, 2018 between Edward Strobl and Marlon Harris ("the Incident") in Polk County, Iowa. (Petition, ¶¶ 1-12; Ex. 3). Plaintiff seeks to recover against Werner based on a claim of respondeat superior and negligent supervision for the actions of Marlon Harris. (Petition, ¶¶ 16-18; Ex. 3).

11.     Plaintiff's petition alleges that Edward Strobl is a resident of Polk County, Iowa. (Petition, ¶ 1; Ex. 3).

12.     Werner's principal place of business is in Omaha, Sarpy County, Nebraska. Werner is incorporated in the state of Nebraska. (Nebraska Secretary of State Webpage; Ex. 11).

13.     Marlon Harris is a resident of Norwalk, Connecticut. (Return of Notice; Ex. 4). Plaintiff alleges that Marlon Harris is a resident of Orlando, Florida. (Petition, ¶ 3; Ex. 3).

14.     Plaintiff's petition alleges Marlon Harris operated his semi-tractor in such a way to cause a crash between his and Edward Strobl's vehicle by crossing into Edward Strobl's lane of travel. (Petition, ¶¶ 7; Ex. 3). Plaintiff further claims Edward Strobl suffered permanent physical and emotional pain and suffering and loss of function. (Petition, ¶¶ 15, 18; Ex. 3). Given the nature of the pleading, Defendants could not assess the amount in controversy at the time.

15.     Upon review of the documents provided in Plaintiff's Initial Disclosure, it is now apparent that Plaintiff claims to have sustained a permanent cognitive injury from the Incident. Upon information and belief, the amount in controversy, exclusive of costs and interest, is in excess of the jurisdictional requirement.

16.     By virtue of the diversity of citizenship between the parties and the amount in controversy, this Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1332(a) and (c) and, therefore, Werner is entitled to remove this action pursuant to 28 U.S.C. § 1441(a) and (b). Diversity of citizenship exists at the time this notice of removal is filed. Werner has provided the statement of facts that demonstrate satisfaction of the jurisdictional requirements. (LR 81(a)(4)).

17.     This Notice of Removal has been filed within 30 days after receipt of an "other paper" from which it was first ascertained the case is removable, which were first received by Defendants on or after November 25, 2020. *See* 28 U.S.C. § 1446(b)(3). The Notice of Removal is therefore timely under 28 U.S.C. § 1446(b).

18.     There are no motions pending in the state court that will require resolution by this Court. (LR 81(a)(2)).

19.     The counsel/law firms who have appeared in the state court are those that appear on the certificate of service *infra* and stated below. (LR 81(a)(3)).

> Jim Lawyer
> Rob Conklin
> LAWYER, LAWYER, DUTTON,
>  DRAKE & CONKLIN, LLP
> 1415 Grand Avenue
> West Des Moines, IA  50265
> Phone          515-224-4400
> Facsimile:      515-223-4121
> jlawyer@lldd.net
> rconklin@lldd.net
> ATTORNEYS FOR PLAINTIFF

20.     Defendant has also provided this Court with copies of all process, pleadings, and Orders filed in the State case. The Defendant has reviewed the state court's electronic docket and determined that the following pleadings have been filed.

- Jury Demand: Petition (Ex. 1);

- Civil Original Notice (Ex. 2);

- Petition (Ex. 3);

- Return of Original Notice Marlon Harris (Ex. 4);

- Return of Original Notice Werner (Ex. 5);

- Jury Demand: Answer (Ex. 6);

- Answer (Ex. 7);

- Trial Scheduling and Discovery Plan (Ex. 8);

- Notice of Discovery Response Plaintiff's Initial Disclosure (Ex. 9);

- Notice of Discovery Response Defendants' Initial Disclosure (Ex. 10)

These pleadings are attached hereto as Exhibits 1—10 respectively. (LR 81(a)(1)).

WHEREFORE, Defendants Marlon Harris Werner Enterprises, Inc. pray that civil action No. LACL148507, now pending in the Iowa District Court for Polk County be removed to the United States District Court for the Southern District of Iowa, Central Division.

Respectfully submitted,

*/s/   Aaron J. Redinbaugh*

Frederick T. Harris            (AT0003198)
Aaron J. Redinbaugh        (AT0012356)
FINLEY LAW FIRM
699 Walnut Street
1700 Hub Tower
Des Moines, IA  50309
Telephone:  (515) 288-0145
Facsimile:  (515) 288-2724
Email:          rharris@finleylaw.com
                    aredinbaugh@finleylaw.com
ATTORNEYS FOR WERNER

Original filed
Copy to:

Jim Lawyer
Rob Conklin
LAWYER, LAWYER, DUTTON,
  DRAKE & CONKLIN, LLP

1415 Grand Avenue
West Des Moines, IA  50265
Phone          515-224-4400
Facsimile:      515-223-4121
jlawyer@lldd.net
rconklin@lldd.net
ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by serving the same on such attorney at his/her respective address/fax number as disclosed by the pleadings of record herein, on the 14th of  December, 2020 by:

☐ U.S. Mail              ☐ FAX
☐ Hand Delivered      ☐ UPS
☐ Federal Express      ☒ Electronic Filing
☒ Other Email _____

/s/  Lori Brown _____