**IN THE IOWA DISTRICT COURT FOR POLK COUNTY**

| | |
|---|---|
| **Edward Strobl III**<br><br>             Plaintiff,<br><br>v.<br><br>**Werner Enterprises, Inc. and Marlon Harris,**<br><br>             Defendants. | **PETITION AT LAW AND JURY DEMAND** |

**COME NOW** the Plaintiff, Edward Strobl III, and for his cause of action states as follows:

### FACTUAL BACKGROUND

1. At all times relevant to this claim, Plaintiff Edward Strobl III (formerly known as Liamm Edward John MacLeod before his recent legal name change), has been a resident of Polk County, IA.

2. Defendant Werner Enterprises, Inc. (hereinafter "Werner") is an interstate trucking company with principal place of business in Omaha, NE, and operating under United States Department of Transportation No. 53467.

3. At all relevant times to this claim, by information and belief, Defendant Marlon Harris has been a resident of Orlando, FL.

4. The crash that caused the injuries giving rise to this claim happened in Polk County, IA, on December 11, 2018.

5. On December 11, 2018, Defendant Harris operated a semi-tractor trailer, VINs 1XKYD49X6KJ220144 (tractor) and 1JJV532D4JL058774 (trailer), owned by Defendant Werner and with the permission and under the livery of Defendant Werner.

6. On December 11, 2018, Defendant Harris operated the Werner semi in the course and scope of his duties on behalf of Defendant Werner and in furtherance of Defendant Werner's business of over the road hauling.

Defs' Ex. 3

7. On December 11, 2018, Defendant Harris drove the Werner semi in such a way that caused a crash between his semi and the vehicle driven by Edward Strobl by unlawfully crossing into Edward's lane of travel.

8. As a result of his actions on December 11, 2018, Defendant Harris was given a citation for Improper Use of Lanes in violation of Iowa Code § 321.306(2).

9. Defendant Harris pled guilty to that violation. *See* Simple Misdemeanor Order, Case No. 05771 STA0881116, Entered June 24, 2019.

10. Defendant Harris pled guilty to that charge because he was guilty.

11. The amount of damage caused in this case gives jurisdiction to this court.

12. Venue is appropriate in this court based on Iowa Code § 616.18.

## COUNT I
### PLAINTIFF EDWARD STROBL III's NEGLIGENCE CLAIM
### AGAINST DEFENDANT MARLON HARRIS

13. Defendant Harris's negligence caused the crash between his semi-tractor trailer and Edward Strobl's automobile.

14. Defendant Harris was negligent in at least one or more of the following ways:

   a. Failure to have control of the semi he was driving.

   b. Failure to properly use lanes in violation of Iowa law.

   c. Operating his semi in violation of the Federal Motor Carrier Safety Regulations, Iowa and United States Department of Transportation guidelines, and Iowa law.

15. As a result of Defendant Harris's negligence, Edward Strobl has suffered damage including physical and emotional pain and suffering and loss of function. These injuries are permanent.

Defs' Ex. 3

**WHEREFORE** Plaintiff Edward Strobl prays for judgment against Defendant Marlon Harris for reasonable compensation for his damages, along with interest and costs of this action.

### COUNT II
### PLAINTIFF EDWARD STROBL III's NEGLIGENCE CLAIM
### AGAINST DEFENDANT WERNER ENTERPRISES, INC.

16. Under Iowa law, as vehicle owner, Defendant Werner is vicariously liable for any and all damage caused by the negligent driver as outlined in Count I, based on Iowa Code § 321.493.

17. Defendant Werner is separately and additionally liable for its negligent failures in at least one or more of the following ways:

    a. Failure to maintain and ensure proper training for its driver, Defendant Harris.

    b. Failure to maintain and ensure proper driving skill for its driver, Defendant Harris.

    c. Failure to oversee and ensure its driver, Defendant Harris, obeyed all traffic laws, Federal Motor Carrier Safety Regulations, Iowa and United States Department of Transportation guidelines, and Iowa law.

    d. Failure to place only safe drivers and trucks onto Iowa roadways.

18. Because of the negligence of Defendant Werner, Edward Strobl suffered damage physical and emotional pain and suffering and loss of function. These injuries are permanent.

**WHEREFORE** Plaintiff Edward Strobl prays for judgment against Defendant Werner Enterprises Inc., for reasonable compensation for the damages to him together with interest and costs of this action.

Defs' Ex. 3

                        **LAWYER, LAWYER, DUTTON, DRAKE & CONKLIN, LLP**

                        /s/ *Jim Lawyer*

                        /s/ *Rob Conklin*

                        Jim Lawyer   AT0004680
                        Rob Conklin AT0012658
                        1415 Grand Avenue
                        West Des Moines, IA 50265-3473
                        Phone:      (515) 224-4400
                        Facsimile:  (515) 223-4121
                        Email:       jlawyer@lldd.net.
                        Email:       rconklin@lldd.net

**Original filed.**

**PLAINTIFF DEMANDS TRIAL BY JURY.**